**Order entered February 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00166-CR

### RAFAEL H. HERNANDEZ-BLANCO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82676-08**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying him the relief sought by his article 11.072 application for writ of habeas corpus. This is an accelerated appeal under Texas Rule of Appellate Procedure 31. The case information sheet filed by the Collin County District Clerk's Office reflects that appellant is represented by retained counsel.

We **ORDER** the Collin County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not paid for the record. The clerk's record shall contain the trial court's written order ruling on appellant's article 11.072 application for writ of habeas corpus and the trial court's certification of appellant's right to appeal. *We notify appellant that if we receive verification of non-payment,*

*we will, without further notice, dismiss the appeal for want of prosecution. See* TEX. R. APP. P. 37.3(b).

We **ORDER** Kim Tinsley, official court reporter of the 401st Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, either: (1) the reporter's record of the December 17, 2014 hearing on appellant's application for writ of habeas corpus; or (2) written verification that appellant has not paid for the reporter's record. *We notify appellant that if we receive verification of non-payment, we will submit the appeal without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **ORDER** appellant to file his brief by **MARCH 18, 2015**. We **ORDER** the State to file its brief by **APRIL 8, 2015**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without oral argument on **May 8, 2015** to a panel consisting of Chief Justice Wright and Justices Myers and Brown. *See* TEX. R. APP. P. 31.2, 39.1.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court; Kim Tinsley, official court reporter, 401st Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; and to counsel for all parties.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE